LAURA L. HO, CA Bar No. 173179
lho@gdblegal.com
LIN CHAN, CA Bar No. 255027
lchan@gdblegal.com
GOLDSTEIN, DEMCHAK, BALLER,
 BORGEN & DARDARIAN
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
(510) 763-9800
(510) 835-1417 (Fax)

Cyrus Mehri, D.C. Bar No. 20970
(*pro hac vice* application forthcoming)
cmehri@findjustice.com
Steven A. Skalet, D.C. Bar No. 359804
(*pro hac vice* application forthcoming)
skalet@findjustice.com
Ellen Eardley, D.C. Bar No. 488741
(*pro hac vice* application forthcoming)
eeardley@findjustice.com
MEHRI & SKALET, PLLC
1250 Connecticut Avenue, NW
Washington, DC 20036
(202) 822-5100
(202) 822-4997 (Fax)

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| BARBARA L. CADMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: C11-01542<br><br>xxxxxxxxxxxx **ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>CLASS ACTION |

1. Upon Plaintiff's application, this action is HEREBY DISMISSED WITHOUT PREJUDICE. The parties have stipulated that the instant case be combined into an amended complaint in the case of *Macey v. Wells Fargo Home Mortgage, Inc.*, San Francisco Superior Court Case No. CGC-10-501835 (Judicial Council Coordination Proceeding No. 4654). The Superior Court approved that stipulation on July 21, 2011, and on August 1, 2011, Plaintiff filed the stipulated First Amended Complaint in that action, which includes the claims of Plaintiff Cadman and the putative class pleaded in the instant case. Accordingly, the instant case is dismissed without prejudice to allow Plaintiff to pursue her claims and those of the putative class in the *Macey* case in San Francisco Superior Court.

IT IS SO ORDERED.

Dated: August 2, 2011

*Paul S. Grewal* (signature)
HON. PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE

---

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE -
CASE NO.: C11-01542

279478-2